UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TYRONE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY AHERN, et al.,<br><br>    Defendants. | Case No.  15-3955 JCS (PR)<br><br>**ORDER RE:  CASE RECLASSICATION** |

The Clerk's Office shall reclassify this case as Nature of Suit (NOS) 555.

**IT IS SO ORDERED.**

**Dated:** September 11, 2015

_____
Joseph C. Spero
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TYRONE WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>GREGORY AHERN, et al.,<br><br>        Defendants. | Case No.  15-cv-03955-JCS<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on September 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Tyrone Williams
5965 Shattuck Avenue
Oakland, CA 94609


Dated: September 11, 2015

                                        Susan Y. Soong
                                        Clerk, United States District Court


                                        By: *Karen L. Hom*
                                        Karen Hom, Deputy Clerk to the
                                        Honorable JOSEPH C. SPERO